**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6870**

TITO LEMONT KNOX,

                    Petitioner - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Respondent – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Henry M. Herlong, Jr., District
Judge.  (9:07-cv-01792-HMH)

Submitted:  October 21, 2008        Decided:  October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tito Lemont Knox, Appellant Pro Se.  Maxwell B. Cauthen, III,
Assistant United States Attorney, Greenville, South Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tito Lemont Knox appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Knox v. United States</u>, No. 9:07-cv-01792-HMH (D.S.C. May 20, 2008). We deny Knox's motion for a formal briefing schedule and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>